IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| QUALITY INFUSION CARE, INC., | § | Bankruptcy Case No. 10-36675 |
| | § | |
| Debtor. | § | |
| _____ | | |
| RANDY W. WILLIAMS | § | |
| CHAPTER 7 TRUSTEE , | § | |
| | § | |
| Plaintiff, | § | Civil  Case No. H-13-0416 |
| | § | |
| vs. | § | Adversary No. 12-3335 |
| | § | |
| LEE S. POLLACK M.D. and | § | |
| LEE S. POLLACK M.D., P.A., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF THE REFERENCE
BY LEE S. POLLACK M.D. AND LEE S. POLLACK M.D., P.A.**

The motion for withdrawal of the reference by Lee S. Pollack  M.D. and  Lee S. Pollack M.D.,  P.A. is granted. The reference is withdrawn. The claims against Lee S. Pollack  M.D. and Lee S. Pollack M.D., P.A. in the adversary proceeding will be resolved in the United States District Court for the Southern District of Texas.

SIGNED on March 5, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge